# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 1:17-cv-08429 |
| v. | ) Judge Feinerman |
| DONALD ADAMS, | ) Magistrate Judge Martin |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AND TO DISMISS DEFENDANT'S COUNTERCLAIMS**

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 12(b)(6), hereby moves for entry of an order dismissing Plaintiff's claim against Defendant, Donald Adams ("Defendant") with prejudice, and dismissing Defendant's Counterclaims [CM/ECF 25] ("Counterclaims") with prejudice, with each party bearing its own fees and costs.

Dated: July 25, 2018                    Respectfully submitted,

                                        MEDIA LITIGATION FIRM, P.C.
                                By:     /s/ *Mary K. Schulz*
                                        Mary K. Schulz, Esq.
                                        1144 E. State Street, Suite A260
                                        Geneva, Il 60134
                                        Tel: (312) 213-7196
                                        Email: medialitigationfirm@gmail.com
                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that July 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                By:     /s/ *Mary K. Schulz*