## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Malibu Media, LLC

                               Plaintiff,

v.                                             Case No.: 1:17−cv−08429
                                                    Honorable Gary Feinerman

Donald Adams, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 31, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Plaintiff did not appear. The 8/27/2018 status hearing [24] is stricken and re−set for 10/18/2018 at 9:00 a.m. Plaintiff's motion for voluntary dismissal with prejudice of Plaintiffs claims and to dismiss Defendant's Counterclaims [26] is entered and continued. Defendant's response due by 9/21/2018; reply due by 10/5/2018.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.