**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Malibu Media, LLC

                                Plaintiff,

v.                                                       Case No.: 1:17−cv−08429

                                                              Honorable Gary Feinerman

Donald Adams, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 18, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held. For the reasons stated on the record, Plaintif's motion for voluntary dismissal with prejudice of Plaintiff's claims and to dismiss Defendant's counterclaims [26] is granted. Plaintiff's claims are dismissed with prejudice, and Defendant's counterclaims are dismissed as moot. The dismissal is without prejudice to Defendant moving for attorney fees and costs under Section 505 of the Copyright Act and 28 U.S.C. 1920. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.