**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Malibu Media, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| ` | ) | Case No.  17 CV 8429 |
| v. | ) | |
| | ) | Honorable Gary Feinerman |
| Donald Adams, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

**MOTION FOR EXTENSION OF TIME TO FILE ANY RULE 54 MOTIONS**
_____

NOW COMES Defendant, Don Adams, through local counsel, and in support of his Motion for Extension of Time to File any Rule 54 Motions, states as follows:

1.      The parties appeared before this Honorable Court on October 18, 2018. Because the undersigned believed the Court gave explicit directives regarding the content and organization of any post-judgment motions, she promptly ordered an expedited transcript, which should have been received on or before October 25, 2018. The weekend of October 28 and 29 was the only available time for the undersigned to complete any necessary briefing.

2.      The undersigned visited the court reporter in person on October 29, 2018 to inquire as to the status of the overdue transcript, and she was promised same by the end of the day. No transcript was provided.

1

3.       The undersigned also emailed counsel for Malibu Media on October 29, 2018 to request a two-week extension based on this delay, but at the time of this filing had not received a response from counsel.

4.       The undersigned needs the transcript from the October 17, 2018 hearing to evaluate whether to pursue any post-judgment remedies.

5.       By signing below, the undersigned declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WHEREFORE, Defendant Don Adams, through his counsel, respectfully requests until November 26,[1] 2018 to file any and all requests for costs or fees pursuant to Fed. R. Civ. P. 54, if any.

Respectfully submitted,

/s/ Lisa L. Clay
Lisa L. Clay, Attorney at Law
345 North Canal Street
Suite C202
Chicago, IL 60606
Phone: 312.753.5302
lclayaal@gmail.com
ARDC # 6277257
Local counsel

---

[1] The undersigned realized after requesting two weeks from opposing counsel that even if she was successful in obtaining the transcript within the next few days, existing work obligations, which include what is predicted to be significant motion in limine briefing scheduled to take place between November 5 and 20 in case No 14 cv. 2073, and then the Thanksgiving holiday, will leave no time for the client discussions and drafting necessary to complete this task; hence the longer request to the Court. Three weeks from the original due date of November 1 is Thanksgiving; Monday the 26th is the first business day after the holiday weekend.

3

**CERTIFICATE OF SERVICE**

Lisa L. Clay, an attorney, certifies that on October 30, 2018, she filed a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE ANY RULE 54 MOTIONS** with the ECF filing system, which will cause notice to be provided to all counsel of record.

_____/s/   Lisa L. Clay_